**Pamela COPELAND, Beverly Smith, Donna Sellers, Deborah Adams, Gus Lindsay, Jr., Kerry Lindsay, and Rickey Lindsay, Appellants,**

v.

**Elwood KNOWLES,**

and

**Tracy Knowles,**

and

**St. Louis Regional Medical Center, Respondents.**

No. 68023.

Missouri Court of Appeals, Eastern District, Division Three.

July 9, 1996.

Rehearing Denied Aug. 15, 1996.

John S. Wallach, St. Louis, for appellants.

LeRoy Crouther, Jr., St. Louis, for Knowles.

Tyrone A. Taborn & Michael Hughes, Patricia A. Hageman, St. Louis, for St. Louis Regional Professional Services Corp.

Before GERALD M. SMITH, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

## ORDER

PER CURIAM.

Pamela Copeland, Beverly Smith, Donna Sellers, Deborah Adams, Gus Lindsay, Jr., Kerry Lindsay, and Rickey Lindsay appeal from a judgment of the Circuit Court of the City of St. Louis approving a settlement offer in a wrongful death suit brought by Elwood and Tracy Knowles over the death of Patricia Knowles. We affirm. Respondents' motion for frivolous appeal damages is denied.

An extended opinion would serve no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).